No. 90–5662.  PHILLIPS, AS GUARDIAN OF PHILLIPS v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS.  C. A. 5th Cir.  Certiorari denied.

No. 90–5666.  FOWLKES v. MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 90–5667.  FERGUSON v. NEW YORK.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 90–5668.  DEICHLER v. MORRIS, SUPERINTENDENT, SOUTHERN OHIO CORRECTIONAL FACILITY.  C. A. 6th Cir.  Certiorari denied.

No. 90–5671.  BAKER v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 90–5674.  FOWLKES v. FRYE ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 90–5675.  THOMAS v. GEORGIA DEPARTMENT OF CORRECTIONS ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 90–5678.  GREENE v. NEW YORK.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 90–5682.  JACKSON v. ARMONTROUT, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 90–5683.  MERRITT ET AL. v. EDWARDS, FORMER GOVERNOR OF LOUISIANA, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 90–5685.  CAMPUZANO ET AL. v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 90–5686.  GOMEZ-NORENA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 90–5688.  RICH v. THALACKER, WARDEN.  C. A. 8th Cir. Certiorari denied.